# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dyupedeh Gbadyu,                   Civil No. 18-cv-0986 (DSD/TNL)

        Petitioner,

v.

U.S. Department of Homeland Security          **ORDER**
ICE,

        Respondent.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 3, 2018 (ECF No. 9), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, (ECF No. 1) is DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 3, 2018                            s/David S. Doty
                                                           David S. Doty, Judge
                                                           United States District Court